**Motions denied and Order filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00341-CV

_____

## BARBARA WASHINGTON, Appellant

## V.

## WHOLE FOODS MARKET ROCKY MOUNTAIN – SOUTHWEST, LP, Appellee

---

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 20-CCV-068081**

---

## ORDER

Appellant's brief was originally due October 8, 2021. We granted three extensions of time to file appellant's brief until January 31, 2022. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 22, 2022, counsel filed a further request for extension of time to file appellant's brief. Counsel filed an

additional request for extension of time to file appellant's brief on March 7, 2022. We deny the requests and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **March 29, 2022**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.